Official Form 6 - Summary (10/06)

**United States Bankruptcy Court**
**District of Maryland**
**Baltimore Division**

In re   <u>Sunny's Great Outdoors, Inc.</u>          Case No.   <u>07-10822-DK</u>

              Debtor           Chapter   <u>11</u>

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 3 | $ 2,389,553.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 2,069,257.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 45,044.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | $ 3,462,779.12 | |
| G - Executory Contracts and Unexpired Leases | YES | 4 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 14 | $ 2,389,553.00 | $ 5,577,080.12 | |

FORM B6A
(10/05)

In re:   **Sunny's Great Outdoors, Inc.**
                                         Case No. **07-10822-DK**
                                                           (If known)
               **Debtor**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | Total ➤ | 0.00 | |

(Report also on Summary of Schedules.)

FormB6B
(10/05)

In re  **Sunny's Great Outdoors, Inc.**                              Case No.  07-10822-DK
Debtor                                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Petty Cash (Office and Stores) - See Schedule 1** | | **7,950.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **See Schedule 1** | | **154,876.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **See Schedule 1** | | **2,450.00** |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give Particulars. | X | | | |

Form B6B-Cont.
(10/05)

In re   **Sunny's Great Outdoors, Inc.**                            Case No.   **07-10822-DK**
                                    Debtor                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **See Schedule 1** | | **64,379.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| | | | | |

Form B6B-Cont.
(10/05)

In re   **Sunny's Great Outdoors, Inc.**                                              Case No.   07-10822-DK
                                    Debtor                                                         (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Furniture, fixtures, equipment and leasehold improvments - depreciated value | | 149,467.00 |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | | Merchandise inventory at cost | | 1,901,213.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested.  Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | | Prepaid Expenses - See Schedule 1 | | 109,218.00 |

                    __2__    continuation sheets attached             Total  >        **$2,389,553.00**

                                                          (Include amounts from any continuation sheets
                                                          attached. Report total also on Summary of
                                                          Schedules.)

SUNNY'S GREAT OUTDOORS, INC.
07-10822-DK

SCHEDULE 1

| Type of Property | Description of Property | Current Value |
|---|---|---|
| Petty Cash | Location: | |
| | Elkridge Office | $500.00 |
| | Belair | $500.00 |
| | Ellicott City | $500.00 |
| | Annapolis | $500.00 |
| | Manasas | $500.00 |
| | Frederick | $600.00 |
| | Timonium | $600.00 |
| | Westminster | $500.00 |
| | Rehoboth | $650.00 |
| | Towson | $500.00 |
| | Parkville | $500.00 |
| | Glen Burnie | $500.00 |
| | Dundalk | $500.00 |
| | Alexandria | $500.00 |
| | Laurel | $600.00 |
| | | **$7,950.00** |
| | | |
| Checking/Savings | SunTrust - Acct. No. 704321890 | $148,437.00 |
| | Wachovia - Acct. No. 2000003252921 | $6,239.00 |
| | M&T - Acct. No. 18557196 | $200.00 |
| | | **$154,876.00** |
| | | |
| Security Deposits | Randallstown | $1,800.00 |
| | Kevin Lee | |
| | 11330 Cotswoldspring Farm Lane | |
| | Ellicott City, MD  21042 | |
| | | |
| | Laurel | $650.00 |
| | Win Properties, Inc. | |
| | 66 Field Point Road, 4th Floor | |
| | Greenwich, CT  06830 | |
| | | **$2,450.00** |
| | | |
| Accounts Receivable | VISA/Master Card | $49,701.00 |
| | Discover | $1,203.00 |
| | Due from Employees | $9,883.00 |
| | House Charges | $3,921.00 |
| | Cobra Reimbursement | ($593.00) |
| | Bad Checks | $264.00 |
| | | **$64,379.00** |

SUNNY'S GREAT OUTDOORS, INC.
07-10822-DK

SCHEDULE 1

| Type of Property | Description of Property | Current Value |
|---|---|---|
| Prepaid Expenses | Real Estate Taxes | $11,347.00 |
| | Property Taxes | $13,983.00 |
| | Business and Liability Insurance | $5,752.00 |
| | Other (Primary System Maintenance) | $74,542.00 |
| | Security Systems | $3,594.00 |
| | | **$109,218.00** |

Official Form 6D (10/06)

In re  Sunny's Great Outdoors, Inc.                                          ,        Case No.  07-10822-DK
                                    Debtor                                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐      Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Boy Scouts of America**<br>**National Office**<br>**1325 West Walnut Hill Lane**<br>**Irving, TX  75015-2079** | | | Boy Scouts of America inventory<br><br>VALUE $139,000.00 at retail | | | | 82,987.00 | 0.00 |
| ACCOUNT NO.<br><br>**The Morris Weinman Co.**<br>**106 Old Court Road, Ste. 200**<br>**Baltimore, MD  21282** | | | Revolving Line of Credit<br><br>VALUE· All inventory and other assets (see scheule B) | | | | 1,986,270.00 | 0.00 |

0       continuation sheets
        attached

                                          Subtotal  ➤
                                          (Total of this page)

                                          Total  ➤
                                          (Use only on last page)

| | |
|---|---|
| $ 2,069,257.00 | $      0.00 |
| $ 2,069,257.00 | $      0.00 |

(Report also on Summary of Schedules)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6E (10/06)

In re    **Sunny's Great Outdoors, Inc.**                                                    Case No.    07-10822-DK
                          Debtor                                                                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❑    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

❑    **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑    **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑    **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑    **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑    **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑    **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

❑    **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑    **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑    **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*  Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  continuation sheets attached

Official Form 6E (10/06) - Cont.

In re  Sunny's Great Outdoors, Inc.                          Case No.  07-10822-DK
_____                              _____
                        Debtor                                            (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### Type of Priority: Wages, Salaries, and Commissions

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>See Schedule 2 | | | **Employees accrued vacation** | | | | 45,044.00 | 45,044.00 | 0.00 |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals▷<br>(Totals of this page) | $ **45,044.00** | $ **45,044.00** | $ **0.00** |
| Total ▷<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **45,044.00** | | |
| Total ▷<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ **45,044.00** | $ **0.00** |

## SUNNY'S GREAT OUTDOORS, INC.
### Accrued Vacation

SCHEDULE 2

| LAST | FIRST | AMOUNT |
|------|-------|--------|
| AIKEN | AMANDA | $1,403.40 |
| ALLEN | RICHARD | $189.18 |
| ALLEN | RUTH | $63.60 |
| ARTHUR | JENNIFER | $625.70 |
| AUGUSTINE | VICKI | $1,040.74 |
| AVERY | JOSHUA | $354.13 |
| BELL | IONA V | $793.89 |
| BEYER | IAN | $548.98 |
| BOOKER | JOHN | $270.00 |
| BRADLEY JR | ROBERT | $841.43 |
| BRUCATO | JOHN | $1,225.84 |
| CICONE | DANIEL | $430.40 |
| COOPER | JAMES F. | $871.11 |
| DEAMOND | DANIEL | $301.07 |
| FIELDS | WILLIAM TIMOTHY | $412.70 |
| GILBERT | BENJAMIN J. | $495.02 |
| GLASCO | VELMER E. | $62.96 |
| GRAHAM | HELEN M | $582.76 |
| HAMILTON | KIMBERLY R. | $338.80 |
| HART | TANYA D | $690.56 |
| HENRY | CHRISTOPHER T. | $1,540.10 |
| HIGGINS JR | KEVIN | $304.30 |
| HOPKINS | BERNARD H. | $5,333.84 |
| KELLEY | RICKEY L | $8,049.26 |
| MARTIN | SHANTELL | $61.60 |
| MASIELLO | CHRIS | $483.72 |
| MEADE | MYRA | $1,130.19 |
| MEADE JR. | JAMES R. | $640.98 |
| MEDINA | CARMEN L | $425.28 |
| MEYER | ALEX | $138.19 |
| MILLER | WILLIAM J. | $229.96 |
| MURGATROYD | BRENDA | $805.50 |
| MYERS | SETH | $801.44 |
| PETTYJOHN SR. | CHARLES | $3,323.07 |
| PIAZZA | STACY | $869.79 |
| RYMAN | DANNIELLE | $327.25 |
| SAVAGE | ROBERT | $1,262.50 |
| SEVIER | LORETTA | $498.28 |
| SUMMERS | KATHY | $1,795.17 |
| TRIBULL | JOSEPH F | $1,032.07 |
| VARGA | SHERRY | $690.25 |
| WILLIAMS | GEORGE L. | $293.91 |
| WOLFE | WILLIAM J. | $1,631.23 |
| WOLFRAM-NEAL | DEBORAH L. | $1,434.12 |
| ZIEGLER | THOMAS | $400.00 |
| | Total | $45,044.25 |

Official Form 6F (10/06)

In re  Sunny's Great Outdoors, Inc.         Case No. 07-10822-DK
         Debtor             (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 3,462,779.12 |
| SEE ATTACHED EXHIBIT | | | | | | | |

0   Continuation sheets attached

| | | |
|---|---|---|
| Subtotal ➤ | $ | 3,462,779.12 |
| Total ➤ | $ | 3,462,779.12 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

## SCHEDULE F - EXHIBIT

| CREDITOR: | AMOUNT OF CLAIM: |
|---|---|
| ABO GEAR LLC<br>P.O. Box 33245<br>Decatur, GA  30033 | $8,383.00 |
| Ace Fire Extinguisher Service<br>5117 College Ave.<br>College Park, MD  20740 | $139.77 |
| Acme Paper & Supply Co.<br>P.O. Box 75087<br>Baltimore, MD  21275 | $8,365.01 |
| ACTION SPORTS GEAR<br>P.O. Box 10<br>West  Boothbay Harbor, ME  04575 | $9,082.80 |
| Action Sweeping Service<br>6426 Elibank Dr.<br>Elkridge, MD  21075 | $114.00 |
| ADP<br>P.O. Box 9001006<br>Louisville, KY  40290 | $5,552.38 |
| ADP Screening & Selection Svc.<br>36307 Treasury Center<br>Chicago, IL  60694 | $191.46 |
| Advance Business Systems<br>P.O. Box 641458<br>Baltimore, MD  21263 | $1,944.83 |

| CREDITOR: | AMOUNT OF CLAIM: |
|---|---|
| Advanced Facility Systems Group<br>9691-K Gerwig Lane<br>Columbia, MD  21046 | $14,416.50 |
| ADVO, Inc.<br>74565 Collection Center Dr.<br>Attn:  Lockbox Dept<br>Chicago, IL  60693 | $119,109.20 |
| Ajilon Professional Staffing<br>Dept. CH 14031<br>Palatine, IL  60055 | $780.00 |
| Allegheny Power<br>800 Cabin Hill Dr.<br>Greensburg, PA  15606 | $586.78 |
| Annapolis Pest Control, Inc.<br>P.O. Box 1474<br>Severna Park, MD  21146 | $80.00 |
| ANN'S HOUSE OF NUTS<br>8374 Patuxent Range Rd.<br>Jessup, MD  20794 | $476.16 |
| ARON'S MFG CORP.<br>460 Troutman St.<br>Brooklyn, NY  11237 | $895.00 |
| Athena International<br>1100 Mark Circle<br>Gardnerville, NV  89410 | $444.24 |
| ATLANTA ARMY/NAVY SUPPLY<br>1125 Hayes Industrial Dr.<br>Marietta, GA  30062 | $57,897.81 |

**CREDITOR:**                                          **AMOUNT OF CLAIM:**

ATX Telecommunications Services                        $3,513.76
P.O. Box 57194
Philadelphia, PA  19111


B.W. Mechanical Inc.                                   $1,713.00
2109 Emmorton Park Rd., Ste. 118
Edgewood, MD  21040


Baltimore Gas & Electric Co.                           $12,789.98
P.O. Box 13070
Philadelphia, PA  19101


BECKER GLOVE                                           $34,353.19
1520 Washington Ave., 4th Floor
St. Louis, MO  63103


Beral Limited Partnership                              $23,393.12
c/o Maryland Financial Investors
P.O. Box 376
Brooklandville, MD  21022


BIMINI BAY OUTFITTERS                                  $10,405.50
43 McKee Dr.
Mahwah, NJ  07430


BOY SCOUTS OF AMERICA                                  $82,987.72
2109 Westinghouse Blvd.
Charlotte, NC  28217


C.E.A. Scholtes & Associates, CPAs                     $12,693.65
607 Overbrook Rd.
Baltimore, MD  21212


C.O. LYNCH ENTERPRISES, INC.                           $3,055.65
2655 Fairview Avenue
Roseville, MN  55113

| CREDITOR: | AMOUNT OF CLAIM: |
|---|---|
| CAMELBAK PRODUCTS, INC.<br>1310 Redwood Way, Ste. 200<br>Petaluma, CA  94954-6514 | $7,562.13 |
| CAMOSOCK<br>7100 Claymore Ave<br>Hyattsville, MD  20782 | $1,152.00 |
| Cape Gazette<br>P.O. Box 213<br>Lewes, DE  19958 | $2,032.81 |
| Caplan Bros. Inc.<br>700 W. Hamburg St.<br>Baltimore, MD  21230 | $1,281.98 |
| Carlton Technologies inc.<br>2000 W. Fulton St.<br>Chicago, IL  60612 | $700.00 |
| Carolina Manufacturing Co.<br>7025 Augusta Rd.<br>Greenville, SC  29604 | $5,768.43 |
| CARSON<br>35 Gilpin Avenue<br>Hauppauge, NY  11788 | $5,658.48 |
| CASUAL COASTAL, INC.<br>403 Queen Anne Club Dr.<br>Stevensville, MD  21666 | $1,293.00 |
| CERF BROTHERS BAG CO.<br>4240 Rider Trail North<br>Earth City, MO  63045 | $250.53 |

| **CREDITOR:** | **AMOUNT OF CLAIM:** |
|---|---|
| Cintas Corporation<br>P.O. Box 9188<br>Baltimore, MD  21222 | $206.60 |
| Coghlans Ltd.<br>121 Irene Street<br>Winnipeg  R3T 4C7<br>CANADA | $5,142.62 |
| COLEMAN COMPANY, INC.<br>5550 Paysphere Circle<br>Chicago, IL  60674 | $4,095.20 |
| COLUMBIA SPORTSWEAR<br>P.O. Box 932762<br>Atlanta, GA  31193-2762 | $62,071.12 |
| Commonwealth of Virginia<br>Department of the Treasury<br>101 N. 14th Street<br>Richmond, VA  23219 | $1,063.21 |
| COMPASS IND. INC.<br>104 East 25th St.<br>New York, NY  10010 | $3,616.80 |
| CONDOR OUTDOOR PRODUCTS<br>1866 Business Center Dr.<br>Duarte, CA  91010 | $2,628.00 |
| CONFLUENCE HOLDINGS CORP<br>111 Kayaker Way<br>Easley, SC  29642 | $57,579.75 |
| D&D DISTRIBUTING<br>14615 S.O. "C" St.<br>Tacoma, WA  98444 | $2,083.30 |

| CREDITOR: | AMOUNT OF CLAIM: |
|---|---|
| DAS Distributors<br>724 Lawn Road<br>Palmyra, PA  17078 | $1,486.27 |
| David Carberry<br>P.O. Box 8328<br>Elkridge, MD  21075 | $3,476.75 |
| Deer Park<br>P.O. Box 52271<br>Phoenix, AZ  85072 | $438.37 |
| Delmarva Broadcasting Company<br>P.O. Box 909<br>Salisbury, MD  21803 | $2,490.00 |
| Delmarva Power<br>Attn:  Renee Ettore Suglia<br>800 N. King St.<br>Wilmington, DE  19801 | $2,234.20 |
| DIXIE SALES COMP<br>P.O. Box 1408<br>Browns Summit, NC  27214 | $2,240.00 |
| DM MERCHANDISING, INC.<br>835 N. Church Ct.<br>Elmhurst, IL  60126 | $672.70 |
| Dominion Virginia Power<br>P.O. Box 26543<br>Richmond, VA  23290 | $1,535.96 |
| Dorcy International, Inc.<br>Corporate Processing<br>Columbus, OH  43271 | $4,588.83 |

**CREDITOR:**                                      **AMOUNT OF CLAIM:**

DORFMAN-PACIFIC CO.                                   $11,778.57
P.O. Box 213005
Stockton, CA  95213


Elder Hosiery Miolls                                  $4,986.00
139 Homewood Ave.
Burlington, NC  27215


EMOTION KAYAKS                                        $72,041.50
P.O. Box 5887
Wyomissing, PA  19610


EMSCO GROUP                                           $14,201.30
P.O. Box 151
Giraro, PA  16417


EQUINOX LTD                                           $4,256.37
1307 Park Ave
Williamsport, PA  17701


Expressway Office Solutions                            $318.28
P.O. Box 24252
Baltimore, MD  21227


Festival at Bel Air, LLC                             $25,519.82
c/o JBG Rosenfeld Retail
4445 Willard Ave., Ste. 700
Chevy Chase, MD  20815


FIDELITY SPORTSWEAR                                   $10,140.50
167 Bow Street
Everett, MA  02149


FOX OUTDOOR PRODUCTS                                  $13,034.44
2040 N. 15th Ave.
Melrose Park, IL  60160-1405

| CREDITOR: | AMOUNT OF CLAIM: |
|---|---|
| FOX RIVER MILLS<br>P.O. Box 298<br>Osage, IA  50461 | $3,910.68 |
| FRANK W. WINNE & SON INC.<br>P.O. Box 12860<br>Philadelphia, PA  19176-0860 | $823.04 |
| FREEDOM GRILL<br>13771 Danielson St., Ste. G<br>Poway, CA  92064 | $5,399.73 |
| G3 Technology Group<br>832-L Oregon Avenue<br>Linthicum, MD  21090 | $3,073.85 |
| GALLANT BELT CO.<br>8826 Grow Drive<br>Attn:  Gary Sweden<br>Pensicola, FL  32514 | $2,905.78 |
| GARMENTEX INTERNATIONAL<br>330 Hurst Street<br>Linden, NJ  07036 | $3,836.00 |
| Geller Lighting Supply<br>3720 Commerce Drive<br>Baltimore, MD 21227 | $787.78 |
| George Sherman Corp.<br>P.O. Box 326<br>Milton, DE  19968 | $496.70 |
| GIRL SCOUTS OF THE U.S.A.<br>420 Fifth Ave.<br>New York, NY  10018 | $75,631.79 |

| CREDITOR: | AMOUNT OF CLAIM: |
|---|---|
| HEAT MAX INC.<br>P.O. Box 1191<br>Dalton, GA  30722 | $15,340.80 |
| HI-TEC SPORTS USA INC.<br>4801 Stoddard Rd.<br>Modesto, CA  95356 | $102,178.81 |
| Hooper Industries<br>2121 Druid Park Drive<br>Baltimore, MD  21211 | $2,177.20 |
| ICEWEAR USA, INC<br>5257 Cleveland St., Ste. 101<br>Virginia Beach, VA  23462 | $7,815.70 |
| IDENTITY / EYEKING LLC<br>160 Terminal  Dr.<br>Plainview, NY  11803 | $15,523.50 |
| IMC<br>4284 Shoreline Drive<br>Spring Park, MN  55384 | $1,989.53 |
| Implus Footcare<br>9221 Globe Center Dr.<br>Morrisville, NC  27560 | $13,748.00 |
| Irwin Kallman<br>Win Properties, Inc.<br>66 Field Point Road<br>Greenwich, CT  06830 | $21,211.33 |
| JANSPORT<br>P.O. Box 1817<br>Appleton, WI  54913 | $2,964.00 |

| CREDITOR: | AMOUNT OF CLAIM: |
|---|---|
| KATADYN NORTH AMERICA, INC.<br>SDS-12-2078, PO Box 86<br>Minneapolis, MN  55486-2078 | $2,920.31 |
| Keary Advertising Co.<br>P.O. Box 25966<br>Baltimore, MD  21224 | $1,155.88 |
| KELTY PACK INC.<br>1224 Fern Ridge Pkwy.<br>St. Louis, MO  63141 | $21,869.75 |
| Kevin Lee<br>11330 Cotswoldspring Farm Ln.<br>Ellicott City, MD  21042 | $2,700.00 |
| LATE FOR THE SKY<br>3000 Robertson Ave.<br>Cincinnati, OH  45209 | $2,129.00 |
| LCN of Maryland Inc.<br>P.O. Box 88<br>Westminster, MD  21158 | $13,225.50 |
| LEE'S VALUE RIGHT, INC.<br>P.O. Box 19346<br>Minneapolis, MN  55419 | $5,414.00 |
| Mark It Plus<br>4110 Brook Rd., Ste. A<br>Richmond, VA  23227 | $837.07 |
| Medalist U.S.A.<br>1037 MacArthur Rd.<br>Reading, PA  19605 | $1,290.13 |

**CREDITOR:**                                                      **AMOUNT OF CLAIM:**

Merritt Boulevard Property Ptnshp.                                          $7,833.40
217 Cedarcroft Road
Baltimore, MD  21212

MONOBIAK, INC                                                                  $60.00
314 West Rt. 46
Little Ferry, NJ  07643

Monster.com                                                                $1,500.00
P.O. Box 90364
Chicago, IL  60696

MSI                                                                        $2,860.80
160 Benmont Ave., Ste. 1
Bennington, VT  05201

National Graphics, Inc.                                                      $504.00
800 Debelius Ave.
Baltimore, MD  21205

Office Paper Systems                                                         $370.00
7650-A Airpark Rd.
Gaithersburg, MD  20879

PACIFIC CORNETTA                                                           $1,282.20
18280 SW 108th Ave.
Tualatin, OR  97062

PALCO MARKETING                                                           $15,898.29
8575 Monticello Lane N.
Maple Grove, MN  55369-4546

Pelican Square LLC                                                        $21,068.26
P.O. Box 75014
Baltimore, MD  21275

**CREDITOR:**                                              **AMOUNT OF CLAIM:**

Penguine Products, Inc.                                              $670.02
P.O. Box 1036
Sharon Hill, PA  199079


Penske Truck Leasing                                              $928.66
P.O. Box 827380
Philadelphia, PA  19182


PETZL AMERICA                                              $13,220.17
Freeport Ctr., Bldg. M-7
P.O. Box 160447
Clearfield, UT  84016


PLASTITECH PRODUCTS                                              $17,804.60
P.O. Box 70
North Bay, Ontario P1B858
CANADA


Poster Compliance Center                                              $1,946.13
3867 Mt. Diablo Blvd., Ste. B100
Lafayette, CA  94549


Press Express                                              $450.45
7483-C Candlewood Rd.
Hanover, MD  21076


Pro Line Printing, Inc.                                              $2,500.00
P.O. Box 409527
Atlanta, GA  30384


RCI System/DMX Music                                              $1,542.84
P.O. Box 660557
Dallas, TX  75266


RGIS Inventory Specialists                                              $6,306.85
P.O. Box 77631
Detroit, MI  48277

**CREDITOR:**                                         **AMOUNT OF CLAIM:**

RHODE ISLAND NOVELTY                                      $1,786.38
5 Industrial Road
Cumberland, RI  02864


ROTHCO                                                   $53,688.00
3015 Veterans Memorial Hwy.
P.O. Box 1220
Ronkonkoma, NY  11779-0512


Royal Paper & Chemical Indus.                             $704.60
3500 Parkdale Ave., Ste. D5
Baltimore, MD  21211


SCHYLLING                                                $1,467.78
P.O. Box 513
Rowley, MA  01969


SEA TO SUMMIT                                            $1,825.92
4820 Sterling Dr.
Boulder, CO  80301


SEATTLE SPORTS CO.                                       $1,544.59
6200 Seaview Ave, NW
Seattle, WA  98107


Sebastian T. Rosseli                                      $300.00
7815 Harford Rd.
Parkville, MD  21234


SECURITY EQUIPMENT                                       $4,251.30
330 Sunvalley Circle
Fenton, MO  63026


SEIRUS INNOVATION                                       $55,770.92
9076 Carroll Way
San Diego, CA  92121

| CREDITOR: | AMOUNT OF CLAIM: |
|---|---|
| SHALAM IMPORTS, INC.<br>43 West 33rd St., Ste. 601<br>New York, NY  10001 | $2,780.25 |
| Shred-It Baltimore<br>7150 Troy Hill Dr., Ste. 100<br>Elkridge, MD  21075 | $65.00 |
| Smartwool/Duke Designs Inc.<br>P.O. Box 771978<br>Chicago, IL  60677 | $39,590.48 |
| Sonitrol of Baltimore<br>P.O. Box 660777<br>Dallas, TX  75266 | $1,663.57 |
| SOREL<br>14375 NW Science Park Dr.<br>Portland, OR  97229-5418 | $3,029.64 |
| SPORTSPAL PRODUCTS<br>P.O. Box 70<br>North Bay, Ontario 01B 8G8<br>Canada | $14,308.09 |
| Stout Causey & Horning<br>P.O. Box 64271<br>Baltimore, MD  21264 | $1,081.15 |
| STURM EUROPEAN MILITARY<br>430 S. Erwin St.<br>Cartersville, GA  30120-3952 | $13,285.50 |
| Sunnyrec Corporation<br>20505 Belshaw Ave<br>Carson, CA  90746 | $2,806.00 |

| CREDITOR: | AMOUNT OF CLAIM: |
|---|---|
| SUSPENDER FACTORY<br>1425 63rd St.<br>Emeryville, CA  94608-2131 | $898.29 |
| SWISS TECH PRODUCTS<br>701 Beta Drive, Unit 5<br>Mayfield Village, OH  44143 | $684.33 |
| Talles-Robbins Rehoboth, LLC (Pelican Square)<br>c/o KLNB<br>1430 Joh Ave., Ste. A<br>Baltimore, MD  21227 | $21,068.26 |
| TEN WEST APPAREL<br>10 West 33rd St., Rm. 626<br>New York, NY  10001 | $11,998.68 |
| TEXSPORT<br>1332 Conrad Sauer Rd.<br>Houston, TX  77255 | $13,533.51 |
| The Baltimore Examiner<br>P.O. Box 630712<br>Baltimore, MD  21263 | $7,216.92 |
| The Baltimore Sun<br>P.O. Box 1013<br>Baltimore, MD  21203 | $2,222.64 |
| The Folsom Corporation<br>43 Mckee Drive<br>Box 616<br>Mahway, NJ  07430 | $10,405.50 |
| The Global Logistics Inc.<br>P.O. Box 643508<br>Pittsburgh, PA  15264 | $2,157.05 |

| CREDITOR: | AMOUNT OF CLAIM: |
|---|---|
| The Morris Weinman Company<br>106 Old Court Rd., Ste. 200<br>Baltimore, MD  21208 | $1,625,494.00 |
| THE OUTDOOR RECREATION GROUP<br>1919 Vineburn Ave.<br>Los Angeles, CA  90032 | $8,250.16 |
| THE RUSSIAN SOURCE<br>1028 Boulevard, Ste. 337<br>West Hartford, CT  06119 | $2,431.22 |
| The Trade Center<br>6839 Industrial Rd.<br>Springfield, VA  22151 | $17,898.38 |
| THE TRAVEL HAMMOCK<br>1316 Hollywood<br>Glenview, IL  60025 | $1,170.00 |
| TIKAL DISTRIBUTING CORP.<br>7432 N.W. 8th St.<br>Miami, FL  33126 | $23,223.90 |
| TIMBERLAND<br>200 Domain Drive<br>Stratham, NH  03885 | $2,610.00 |
| Timonium Shopping Center Assoc.<br>Kimco Realty Corp.<br>3333 New Hyde Park Rd., Ste. 100<br>New Hyde Park, NY  11042-0020 | $23,567.58 |
| US Trustee Program - Payment Center<br>P.O. Box 198246<br>Atlanta, GA  30384 | $5,230.60 |

| CREDITOR: | AMOUNT OF CLAIM: |
|---|---|
| Verizon Directories Corp.<br>P.O. Box 619009<br>DFW Airport, TX  75261 | $1,130.75 |
| WARW-FM 94.7<br>P.O. Box 905089<br>Bank One Lockbox<br>Charlotte, NC  28290 | $7,339.75 |
| Washington Gas<br>P.O. Box 830036<br>Baltimore, MD  21283 | $707.74 |
| Washington Gas-Frederick Division<br>P.O. Box 170<br>Frederick, MD  21705 | $301.02 |
| Washington Real Estate Investment Trust<br>6110 Executive Blvd., Ste. 800<br>Attn:  Asset Manager<br>Rockville, MD  20852 | $23,418.57 |
| WBIG FM<br>1801 Rockville Pike, 6th Fl.<br>Rockville, Md  20852 | $5,180.00 |
| Weinman Corp.<br>106 Old Court Rd., Ste. 200<br>Baltimore, MD  21208 | $23,362.00 |
| WENZEL<br>1224 Fern Ridge Pkwy.<br>St. Louis, MO  63141 | $16,497.68 |
| WFRE-FM<br>6000 Feldwood Road<br>Lock Box 406062<br>Atlanta, GA  30349 | $3,544.50 |

| CREDITOR: | AMOUNT OF CLAIM: |
|---|---|
| WHFS-FM 105.7<br>P.O. Box 33171<br>Newark, NJ  07188 | $340.00 |
| WHITE MOUNTAIN DRY GOODS<br>P.O. Box 320<br>Rye Beach, NH  03871 | $6,029.18 |
| WHITE MOUNTAIN TRADERS<br>100 Factory St.<br>Nashua, NJ  03060 | $5,998.80 |
| White Sierra<br>305 Soquel Way<br>Sunnyvale, CA  94085 | $30,264.00 |
| WILD WALLETS<br>30304 Esperanza<br>Ranch Santa Margarita, CA  92688 | $1,154.47 |
| WILLIAMSON DICKIE MFG. CO.<br>509 West Vickery Blvd.<br>P.O. Box 1779<br>Ft. Worth, TX  76101 | $118,694.78 |
| WLIF-FM - Infinity Broadcasting<br>1 W. Pennsylvania Ave., Ste. 850<br>Baltimore, MD  21204 | $1,653.25 |
| WMZQ<br>1801 Rockville Pike, 6th Fl.<br>Rockville, MD  20852 | $5,400.00 |
| WORTHINGTON CYLINDERS<br>200 Old Wilson Bridge Rd.<br>Columbus, OH  43085 | $4,108.80 |

| CREDITOR: | AMOUNT OF CLAIM: |
|---|---|
| WP Realty, Inc. (Bull Run Plaza)<br>One Wynnewood Rd., Ste. 200<br>Wynnewood, PA  19096 | $17,037.93 |
| WPOC<br>5540 Collections Center Dr.<br>Chicago, IL  60693 | $9,579.50 |
| WQSR-FM<br>600 Washington Ave., Ste. 201<br>Towson, MD  21204 | $4,845.00 |
| WWMX-FM<br>600 Washington Ave., Ste. 201<br>Towson, MD  21204 | $6,800.00 |
| WZBA-FM<br>11350 McCormick Rd., Suite 701<br>Executive Plaza III<br>Hunt Valley, MD  21031 | $8,288.35 |

Form B6G
(10/05)

In re:   **Sunny's Great Outdoors, Inc.**                     Case No.   **07-10822-DK**
                    Debtor                                                      (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| ADP<br>P.O. Box 9001006<br>Louisville, KY  40290 | Payroll Services |
| Advance business systems<br>10755 York Road<br>Cockeysville, MD  21030 | Copier Lease/Maintenance |
| Allied Waste Services<br>18500 North Allied Way<br>Phoenix, AZ  85054 | Trash Removal - Ellicott City Store, Liberty Road Store and Frederick Store |
| Bull Run WP Associates, LLC<br>c/o WP Realty, Inc.<br>One Wynnewood Road, Ste. 200<br>Wynnewood, PA  19096 | Lease Agreement - Location: Store Nos. 48-49, 11650 Sudley Manor Dr., Manassas, VA  22110 |
| Englar Center Limited Partnership<br>10096 Red Run Blvd., Ste. 100<br>Owings Mills, MD  21117 | Shopping Center Lease - Location:  Westminster Crossing West, Westminster, MD |
| Festival at Bel Air<br>c/o JBG Rosenfeld Retail<br>4445 Willard Ave., Ste. 700<br>Chevy Chase, MD  20815 | Standard Commercial Shopping Center Lease - Location:  5 Bel Air South Pkwy., Bel Air, MD  21014 |
| Hekbel, LLC<br>c/o Hekemian & Co., Inc.<br>505 Main Street, 4th Floor<br>Hackensack, NJ  07601 | Agreement of Lease - Location:  Crosspoint Shopping Center, Hagerstown, MD |
| Hughes Trash Removal, Inc.<br>P.O. Box 259<br>Hampstead, MD  21074 | Trash Removal - Westminster Store |

Form B6G -Cont.
(10/05)

In re:  **Sunny's Great Outdoors, Inc.**                              , Case No.  **07-10822-DK**
                          Debtor                                                        (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Merritt Boulevard Property Partnership**<br>**217 Cedarcroft Road**<br>**Baltimore, MD  21212** | **Lease Agreement - Location: Danville Square Shopping Center, Dundalk, MD** |
| **Penske Truck Leasing**<br>**8820 Corridor Road**<br>**Annapolis Junction, MD  20701** | **Truck Lease** |
| **RCI Systems, Inc.**<br>**5615 Fishers Lane**<br>**Rockville, MD  20852** | **Music System - Stores** |
| **Schafer Security**<br>**1518 Long Point Road**<br>**Pasadena, D  21122** | **Security System - various stores** |
| **Sonitrol of Baltimore**<br>**P.O. Box 91044**<br>**Dallas, TX  95391-0454** | **Security System - various stores** |
| **STS System LTD**<br>**2800 Trans Canada Highway**<br>**Ppointe-Claire, Quebec** | **Computer Hardwear/ Softwear support** |
| **Talles-Robbins Rehoboth, LLC**<br>**c/o KLNB**<br>**1430 Joh Ave., Ste. A**<br>**Baltimore, MD  21227** | **Lease Agreement - Location: Pelican Square, Rehoboth, DE** |
| **The Morris Weinman Company**<br>**106 Old Court Road, Ste. 200**<br>**Baltimore, MD  21208** | **Retail Store Lease - Location:  3 Old Solomons Island Rd., Annaplis, MD  21401** |

Form B6G -Cont.
(10/05)

In re:  **Sunny's Great Outdoors, Inc.**       ,    Case No.  **07-10822-DK**
                    Debtor                                   (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| The Morris Weinman Company<br>106 Old Court Road, Ste. 200<br>Baltimore, MD  21208 | Retail Store Lease - Location: 7324 Ritchie Highway, Glenn Burnie, MD  21061 |
| The Morris Weinman Company<br>106 Old Court Road, Ste. 200<br>Baltimore, MD  21208 | Amended and Restated Retail Store Lease - Location: 7906 Harford Rd., Baltimore, MD  21234 |
| The Morris Weinman Company<br>106 Old court Road, Ste. 200<br>Baltimore, MD  21208 | Retail Store Lease - Location:  7 West Chesapeake Ave., Towson, MD  21204 |
| The Trade Center<br>830 Herberg Springs Road<br>Alexandria, VA  22309 | Lease Agreement - Location: The Trade Center, Alexandria, VA |
| Timonium Shopping Center Assoc.<br>Limited Partnership<br>c/o Kimco Realty Corporation<br>3333 New Hyde Park Rd., Ste. 100<br>New Hyde Park, NY  11042 | Lease - Location:  Timonium Shopping Center, Suite 2157A, 2100 York Road, Timonium, MD |
| Washington Real Estate Investment Trust<br>610 Executive Blvd., Ste. 800<br>Rockville, MD  20852 | Shopping Center Lease - Location:  Unit #3, 1003 W. Patrick St., Frederick, MD  21702 |
| Waste Management of Maryland<br>6994 Columbia Gateway Drive, Ste. 2<br>Columbia, MD  21046 | Trash Removal - various stores |
| Weinman Corp.<br>106 Old Court Road, Ste. 200<br>Baltimore, MD  21208 | Retail Store Lease - Location: 9291 Baltimore National Pike, Ellicot City, MD  21043 |

Form B6G -Cont.
(10/05)

In re:  **Sunny's Great Outdoors, Inc.** _____ ,      Case No.  **07-10822-DK**
                               Debtor                                                (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **WIN Properties, Inc.**<br>**66 Field Point Road**<br>**Greenwich, CT  06830** | **Lease - Location13718 Baltimore-Washington Blvd., Laurel, MD** |

Form B6H
(10/05)

In re: **Sunny's Great Outdoors, Inc.**                                    Case No.    **07-10822-DK**
                                                                                                            (If known)
_____
Debtor

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|------------------------------|------------------------------|
|                              |                              |

Official Form 6 - Declaration (10/06)

In re  **Sunny's Great Outdoors, Inc.**                                    Case No.  07-10822-DK
                              Debtor                                                            (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

(NOT APPLICABLE)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **Benjamin J. Gilbert**, the **President and CEO** of the Corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **14** sheets (total shown on summary page plus 1), and that they are true and correct to the best of my knowledge, information, and belief.

Date  March 2, 2007                        Signature:    /s/  Benjamin J. Gilbert

                                                        Benjamin J. Gilbert President and CEO

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

--------------------------------------------------------------------------------
*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.