**SO ORDERED**



JAMES F. SCHNEIDER
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

In re:                                           *

**SUNNY'S GREAT OUTDOORS, INC.,**    *       Case No. 07-10822-DK
**d/b/a SUNNY'S SURPLUS,**                           (Chapter 11)
                                                 *
        Debtor.
*    *    *    *    *    *    *    *    *    *    *    *    *

### ORDER AUTHORIZING DEBTOR TO RETAIN SC&H TAX & ADVISORY SERVICES, LLC AS ACCOUNTANT FOR THE DEBTOR, *NUNC PRO TUNC*

Upon consideration of the Application (the "Application") filed by Sunny's Great Outdoors, Inc., d/b/a Sunny's Surplus, the debtor and debtor-in-possession (the "Debtor"), seeking entry of an order authorizing the retention of SC&H Tax & Advisory Services, LLC ("SC&H") as Accountant for the Debtor, and finding that the professionals to be employed are well-qualified; represent no interest adverse to the Debtor, its bankruptcy estate or the United States Trustee; have no connection to the Debtor, its creditors or other parties-in-interest, other than as set forth in the Statement Pursuant to Bankruptcy Rule 2014(a) prior to the initiation of this bankruptcy case; is disinterested within the meaning of Section 101(14) of the Bankruptcy Code; and that their employment is necessary and in the best interest of the bankruptcy estate, and that the services to be rendered by

SC&H justify employment under a retainer, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

**ORDERED** that the Debtor is authorized to retain SC&H as its accountant to prepare its corporate federal and state income and franchise tax returns and to provide those services specified in the Application; and it is further

**ORDERED** that SC&H's employment is hereby authorized and approved *nunc pro tunc* to April 11, 2007; and it is further

**ORDERED** that SC&H shall be compensated on an hourly basis at the rates and upon the terms set forth in the Application and Retention Letter (as that term is defined in the Application), subject to further order of the Court; and it is further

**ORDERED** that Sunny's Great Outdoors, Inc., d/b/a Sunny's Surplus, Debtor and Debtor-in-Possession is authorized to pay SC&H Tax & Advisory Services, LLC Ten Thousand Dollars ($10,000) as a retainer for the services to be provided hereunder upon the terms and conditions set forth in the Retention Agreement, with the application thereof subject to approval by the Court.

cc:   Joel I. Sher, Esquire
      Richard M. Goldberg, Esquire
      Shapiro Sher Guinot & Sandler
      36 South Charles Street, 20th Floor
      Baltimore, MD  21201-3147

      Edmund A. Goldberg, Esquire
      Office of the United States Trustee
      101 West Lombard Street, Suite 2625
      Baltimore, MD  21201

      Stuart N. Rudo
      SC&H Tax & Advisory Services, LLC
      910 Ridgebrook Road
      Sparks, MD  21151

Stephen F. Fruin, Esquire
Whiteford Taylor & Preston
7 St. Paul Street, 18th Floor
Baltimore, MD   21202

- END OF ORDER -